**Gamachu Mekonine BEYENA, Plaintiff–Appellant,**

v.

**SUNBURST TRANSIT, LLC, Defendant–Appellee.**

No. 12–2398.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 17, 2012.

Filed: Oct. 29, 2012.

Gamachu Mekonine Beyena, St. Paul, MN, pro se.

Tara Craft, Thomas R. Revnew, Seaton & Peters, Minneapolis, MN, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

[Unpublished]

PER CURIAM.

Gamachu Beyena appeals the decision of the district court,[1] dismissing with prejudice his employment-discrimination action against his former employer, Sunburst Transit, LLC. The district court determined that his action was barred by res judicata. After careful de novo review, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.